UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

           Petitioner,

  v.

RON HAYNES,

           Respondent.

Case No. 3:22-cv-05895-TL-TLF

ORDER GRANTING SECOND REQUEST FOR EXTENSION

This matter is before the court on Respondent's second motion for an extension of time to file his Answer. Dkt. 18. Respondent's counsel asserts that he is experiencing heavy workload pressures after an infection with COVID 19 and needs additional time to prepare the Answer. *Id*. Petitioner has not responded.

The Court finds good cause exists for an extension and GRANTS the motion. The Court orders that the schedule for briefing the petition in this matter is revised as follows:

- Respondent shall file his Answer and the applicable state court record on or before **April 12, 2023**;

- Petitioner may file his response to the Answer on or before **May 1, 2023**;

ORDER GRANTING SECOND REQUEST FOR EXTENSION - 1

- The petition shall be noted for consideration and respondent may file his optional reply on **May 5, 2023**.

Dated this 13th day of March, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING SECOND REQUEST FOR EXTENSION - 2