UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GRIFFIN HEADRICK,<br><br>    Petitioner,<br>  v.<br><br>RON HAYNES,<br><br>    Respondent. | Case No. 3:22-cv-05895-TL-TLF<br><br>ORDER GRANTING THIRD REQUEST FOR EXTENSION |

This matter is before the court on Respondent's third motion for an extension of time to file his Answer. Dkt. 20. Respondent's counsel asserts that he is needs additional time to prepare the Answer due to recent illness, a very heavy workload, the unique jurisdictional question in this matter, and conflicting deadlines in other cases. *Id*. Petitioner does not oppose the motion. Dkt. 21.

The Court finds good cause exists for an extension and GRANTS the motion. The Court orders that the schedule for briefing the petition in this matter is revised as follows:

- Respondent shall file his Answer and the applicable state court record on or before **April 21, 2023**;
- Petitioner may file his response to the Answer on or before **May 10, 2023**;

ORDER GRANTING THIRD REQUEST FOR
EXTENSION - 1

- The petition shall be noted for consideration and respondent may file his optional reply on **May 15, 2023**.

Dated this 19th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING THIRD REQUEST FOR EXTENSION - 2