UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

        Petitioner,

  v.

RON HAYNES,

        Respondent.

Case No. 3:22-cv-05895-TL-TLF

ORDER GRANTING MOTION FOR EXTENSION

On May 1, 2023, petitioner filed a "Motion for Extension of Time to File a Traverse to Respondent's Answer." Dkt. 25. It appears that petitioner is seeking an extension of time to file a response to respondent's answer. *Id*. Petitioner states he needs additional time due to a scheduled sinus surgery. *Id*. Petitioner requests an additional thirty (30) days. Respondents do not oppose petitioner's motion. Dkt. 26.

The Court finds good cause exists for an extension and GRANTS the motion. The Court orders that the schedule for briefing the petition in this matter is revised as follows:

- Petitioner may file a response to the Answer on or before **June 16, 2023**;
- The petition shall be noted for consideration and respondent may file their optional reply on **June 23, 2023**.

ORDER GRANTING MOTION FOR EXTENSION - 1

Dated this 10th day of May, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION - 2