DISTRICT JUDGE TIFFANY M. CARTWRIGHT
MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GRIFFIN HEADRICK,<br><br>Petitioner,<br><br>v.<br><br>RON HAYNES,<br><br>Respondent. | No. CV22-05895-TMC-TLF<br><br>ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF |

THE COURT has considered Mr. Headrick's unopposed motion to extend the time to file his brief responding to the Court's order for supplemental briefing on Petitioner's Ground 1, along with the records in this case.

IT IS ORDERED as follows:

Petitioner's brief is due by September 23, 2024;

Respondent's response brief is due by October 21, 2024; and

Petitioner's optional reply brief is due by November 4, 2024.

**The Clerk is directed to re-note Respondent's response to the petition (Dkt. 23) to November 4, 2024.**

DATED this 19th day of July 2024

*Theresa L. Fricke*

THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE