DISTRICT JUDGE TIFFANY M. CARTWRIGHT
MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GRIFFIN HEADRICK,<br><br>Petitioner,<br><br>v.<br><br>RON HAYNES,<br><br>Respondent. | No. CV22-05895-TMC-TLF<br><br>ORDER GRANTING FOURTH UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF |

THE COURT has considered Mr. Headrick's unopposed motion to extend the time to file his brief responding to the Court's order for supplemental briefing on Petitioner's Ground 1, along with the records in this case.

IT IS ORDERED as follows:

Petitioner's brief is due by December 9, 2024;

Respondent's response brief is due by January 6, 2025; and

Petitioner's optional reply brief is due by January 21, 2025.

The Clerk is directed to re-note the response to the petition (Dkt. 23) to January 21, 2025.

DATED this 25th day of September 2024.

*[signature: Theresa L. Fricke]*

THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ *Ann Wagner*
Attorney for John Griffin Headrick