DISTRICT JUDGE TIFFANY M. CARTWRIGHT
MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GRIFFIN HEADRICK,<br><br>        Petitioner,<br><br>   v.<br><br>RONALD HAYNES,<br><br>        Respondent. | NO. 3:22-cv-05895-TMC-TLF<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered Respondent's motion for an extension of time, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

Respondent's motion for an extension of time to March 7, 2025, to file Respondent's Supplemental Brief is GRANTED.

DATED this  31st  day of  January  2025.

*Theresa Fricke*
THERESA L. FRICKE
United States Magistrate Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

*s/ C. Mark Fowler*
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE AN
ANSWER
NO. 3:22-cv-05895-TMC-TLF

1